**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

KAPITUS SERVICING, INC.,

     Plaintiff,

v.

MARQUE DENTAL LABORATORY, LLC
and MICHAEL LUKES,

     Defendants.

_____/

Case No. 3:26-cv-00315

**<u>DISCLOSURE STATEMENT</u>**

Come now Marque Dental Laboratory, LLC ("Marque") and Michael Lukes ("Mr. Lukes"), by and through undersigned counsel, pursuant to Local Civil Rule 7.1, and disclose as follows:

Mr. Lukes is the sole member of Marque.

Respectfully submitted,

Dated: April 15, 2026

By: <u>/s/ Maurice B. VerStandig</u>
    Maurice B. VerStandig, Esq.
    Virginia Bar No. 81556
    The VerStandig Law Firm, LLC
    9812 Falls Road, #114-160
    Potomac, Maryland 20854
    Phone: (301) 444-4600
    Facsimile: (301) 444-4600
    mac@mbvesq.com
    *Counsel for Marque Dental Laboratory,*
    *LLC and Michael Lukes*

*[Signature and Certificate of Service on Following Page]*

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 15th day of April, 2026, a copy of the foregoing was

sent, via first class mail, postage prepaid, to:

Nhon H. Nguyen, Esq.
Nguyen | Ballato
2201 Libbie Avenue
Richmond, VA 23230
*Counsel for the Plaintiff*


<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig
