**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

KAPITUS SERVICING, INC.,

     Plaintiff,                              Case No. 3:26-cv-00315-REP

v.

MARQUE  DENTAL  LABORATORY,  LLC
and MICHAEL LUKES,

     Defendants.

_____/

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

Come now Marque Dental Laboratory, LLC ("Marque") and Michael Lukes ("Mr. Lukes"), by and through undersigned counsel, and note that counsel of record for Kapitus Servicing, Inc. (the "Plaintiff") has indicated, via e-mail, that he is "not authorized to consent to service for the removal on behalf of my client," and has asked that the Plaintiff be served "directly."

While Marque and Mr. Lukes believe service of the removal notice and the motion to dismiss was valid when made yesterday—insofar as the Plaintiff's counsel is the Plaintiff's attorney of record in this litigation—there is also an interest in avoiding unnecessary procedural disputes. Accordingly, I do hereby certify that, on this 16th day of April, 2026, a copy of (i) the notice of removal, DE #1; and (ii) the motion to dismiss, DE #3, are being served, via first class mail, postage prepaid, upon:

    Kapitus Servicing, Inc.
    2500 Wilson Blvd
    Ste 350
    Arlington, VA 22201

and

Kapitus Servicing, Inc.
c/o Corporation Service Company
100 Shockoe Slip
2nd Floor
Richmond, VA 23219

                                   Respectfully submitted,

Dated: April 16, 2026            By: /s/ Maurice B. VerStandig
                                    Maurice B. VerStandig, Esq.
                                    Virginia Bar No. 81556
                                    The VerStandig Law Firm, LLC
                                    9812 Falls Road, #114-160
                                    Potomac, Maryland 20854
                                    Phone: (301) 444-4600
                                    Facsimile: (301) 444-4600
                                    mac@mbvesq.com
                                    *Counsel for Marque Dental Laboratory,*
                                    *LLC and Michael Lukes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2026, a copy of the foregoing was served via this Honorable Court's CM/ECF system.

                                    /s/ Maurice B. VerStandig
                                    Maurice B. VerStandig

2