**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action No. 3:26-cv-315 |
| | ) | |
| | ) | |
| **MARQUE DENTAL** | ) | |
| **LABORATORY, LLC, and** | ) | |
| **MICHAEL LUKES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO SUBSTITUTE COUNSEL**

Plaintiff, Kapitus Servicing, Inc., ("Kapitus"), by counsel, files this Motion to Substitute

Counsel, and respectfully requests that the Court permit the withdrawal of the following counsel

of record:

> Nhon H. Nguyen
> Nguyen Ballato
> 2201 Libbie Avenue
> Richmond, VA 23230
> Email: nhon@nblawplc.com
> (804) 788.7070 (Main)
> (804) 788.7676 (Fax)

Kapitus further respectfully requests that the following counsel be allowed to substitute as

counsel of record and to represent Kapitus for all purposes in this matter:

> Laura Maughan (VSB #87798)
> Andrew Biondi (VSB #48100)
> Sands Anderson, PC
> 919 E. Main Street, Suite 2300 (Zip 23219)
> PO Box 1998
> Richmond, VA  23218
> (804) 648-1636 (Main)
> (804) 783-7291 (fax)
> lmaughan@sandsanderson.com
> abiondi@sandsanderson.com

1

Undersigned Counsel represents to this Court that she has communicated with an authorized representative of Kapitus and with outgoing counsel, Mr. Nguyen. Both Kapitus and Mr. Nguyen are in agreement with and support this Motion to Substitute Counsel.

WHEREFORE, Kapitus respectfully requests that the Court enter an Order permitting the withdrawal of the law firm Nguyen Ballato, and its attorney, Nhon H. Nguyen, and substituting Sands Anderson PC, and its attorneys, Laura Maughan and Andrew Biondi, as their counsel of record.  A proposed Order is submitted herewith.

Dated:  April 28, 2026.                                   Respectfully submitted,

**KAPITUS SERVICING, INC.**

*By Counsel*


_____/s/_____ _____

Nhon H. Nguyen
Nguyen Ballato
2201 Libbie Avenue
Richmond, VA 23230
nhon@nblawplc.com
(804) 788.7070 (Main)
(804) 788.7676 (Fax)
*Counsel for Plaintiff Kapitus Servicing, Inc.*


_____/s/_____

Laura Maughan (VSB #87798)
Andrew Biondi (VSB #48100)
Sands Anderson, PC
919 E. Main Street, Suite 2300 (Zip 23219)
PO Box 1998
Richmond, VA  23218
(804) 648-1636 (Main)
(804) 783-7291 (fax)
lmaughan@sandsanderson.com
abiondi@sandsanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF users noted below:

Maurice B. VerStandig, Esq.
Virginia Bar No. 81556
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Marque Dental*
*Laboratory, LLC and Michael Lukes*

                                   /s/
                         Laura Maughan (VSB #87798)
                         Sands Anderson PC