**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-315** |
| | ) | |
| | ) | |
| **MARQUE DENTAL** | ) | |
| **LABORATORY, LLC, and** | ) | |
| **MICHAEL LUKES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER FOR SUBSTITUTION OF COUNSEL

On consideration of the Motion for Substitution of Counsel, it is ORDERED that:

1.    The Motion is **GRANTED**; and

2.    The law firm of Nguyen Ballato, and its attorney, Nhon H. Nguyen, are hereby withdrawn as counsel for Plaintiff Kapitus Servicing, Inc.; and

3.    The law firm of Sands Anderson PC, and its attorneys, Laura Maughan and Andrew Biondi, are substituted as counsel of record for Plaintiff Kapitus Servicing, Inc.

It is further DIRECTED that the Clerk shall provide all counsel of record with a copy of this Order, once entered.

It is **SO ORDERED**.


ENTERED: ___/___/_____          _____
                                                    The Honorable Robert E. Payne
                                                    United States District Judge

1