**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-315** |
| | ) | |
| | ) | |
| **MARQUE DENTAL** | ) | |
| **LABORATORY, LLC, and** | ) | |
| **MICHAEL LUKES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Kapitus Servicing, Inc. ("Kapitus"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully moves this Court for entry of an Order extending the time for Kapitus to respond to Defendants Marque Dental Laboratory, LLC and Michael Lukes's Motion to Dismiss and Incorporated Memorandum of Law (Dkt. No. 3), for the reasons set forth below:

1. On April 15, 2026, Defendants filed their Notice of Removal. Dkt. No. 15

2. On the same day, Defendants filed their Motion to Dismiss and Incorporated Memorandum of Law. Dkt. No. 3.

3. Plaintiff's response to Defendants' Motion to Dismiss and Incorporated Memorandum of Law is due on April 29, 2026.

4. Pursuant to 28 USC § 1447(c), Plaintiff has thirty (30) days from the date of the Notice of Removal (until May 15, 2026) to file a Motion to Remand.

5. Plaintiff has contemporaneously filed a Motion to Substitute Counsel requesting substitution of Attorney Nhon Nguyen for Attorneys Laura Maughan and Andrew Biondi.

6. Undersigned incoming Counsel for Kapitus was made aware of this case for the first time during the afternoon of April 23, 2026. Counsel was out of town for a court hearing most of the day Friday, and was only able to speak with her client about the representation on Monday, April 27.

7. Following her review of the filings at issue, and having only recently been retained as counsel for this case, Counsel for Plaintiff is constrained to admit that she requires a brief extension of time to prepare and file an appropriate response. Counsel's pre-existing professional obligations (including substantive briefing and discovery deadlines in other cases, as well as being out of town for a conference from April 29 to May 3, 2026 and other work-related travel on May 7-8, 2026) constitute good cause for a brief extension of time.

8. Counsel for Plaintiff has conferred with Counsel for Defendants and Defendants consent to the extension requested herein.

9. For the foregoing reasons, Kapitus respectfully requests an extension of time as follows:

   i. Plaintiff is considering the factual and legal support for a motion to remand the case to state court. If such a motion is to be filed, it must be filed by May 15, 2026.

   ii. Plaintiff's response in opposition to the pending Motion to Dismiss, however, is currently due April 29, 2026.

   iii. Reasons of judicial economy dictate that if a motion to remand is to be filed, then the motion to remand should be adjudicated first, before the motion to dismiss. If the Court were to grant the motion to remand, then there would be no need to respond to or address the motion to dismiss in this Court.

iv.     For that reason, Plaintiff requests an extension of time until May 15, allowing it to file either (a) a response in opposition to the Motion to Dismiss or (b) a motion to remand.

v.     If Plaintiff files a motion to remand the case, and the Court denies that motion, then Plaintiff's deadline for responding to the Motion to Dismiss would be set for fourteen (14) days after the Court's issuance of an Order denying the motion to remand.

vi.     If Plaintiff chooses not to file a motion to remand, and instead chooses to respond substantively to the Motion to Dismiss, then Plaintiff's deadline for filing the response to the Motion to Dismiss would be May 15, 2026.

vii.     Counsel for Plaintiff and Counsel for Defendants have discussed this proposal and Defendants have consented to the proposal outlined herein.

10. Federal Rule 6(b) provides this Court with the discretion to extend the time for an act to be done if such a request is made prior to the expiration of the original deadline.

11. Plaintiff submits that the substitution of counsel, incoming counsel's pre-existing professional obligations, and considerations of judicial economy and the preservation of the parties' and the Court's resources constitute good cause for this brief extension of time.

12. This Motion for an Extension of Time is filed prior to the expiration of the original deadline.

13. This Motion for an Extension of Time is made in good faith and is not filed for any improper purpose or merely for purposes of delay.

For the reasons set forth above, Kapitus respectfully requests entry of an Order extending the time for filing its response to Defendants Marque Dental Laboratory, LLC and Michael Lukes'

3

Motion to Dismiss and Incorporated Memorandum of Law (Dkt. No. 3) through and including May 15, 2026.

Dated:  April 28, 2026.                    Respectfully submitted,

                                           **KAPITUS SERVICING, INC.**

                                            *By Counsel*


                                           _____/s/_____
                                           Laura Maughan (VSB #87798)
                                           Andrew Biondi (VSB #48100)
                                           Sands Anderson, PC
                                           919 E. Main Street, Suite 2300 (Zip 23219)
                                           PO Box 1998
                                           Richmond, VA  23218
                                           (804) 648-1636 (Main)
                                           (804) 783-7291 (fax)
                                           lmaughan@sandsanderson.com
                                           abiondi@sandsanderson.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF users noted below:

Maurice B. VerStandig, Esq.
Virginia Bar No. 81556
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Marque Dental*
*Laboratory, LLC and Michael Lukes*


                                           _____/s/_____
                                           Laura Maughan (VSB #87798)

4

Sands Anderson PC