**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-315** |
| | ) | |
| | ) | |
| **MARQUE DENTAL** | ) | |
| **LABORATORY, LLC, and** | ) | |
| **MICHAEL LUKES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR**
**EXTENSION OF TIME**

This matter is before the Court on the Motion of the Plaintiff, Kapitus Servicing, Inc. ("Kapitus"), which is seeking an extension of time to file its response to the Defendants Marque Dental Laboratory, LLC and Michael Lukes's Motion to Dismiss and Incorporated Memorandum of Law (Dkt No. 3):

1. For the reasons stated in Plaintiff's Motion, for good cause shown, and in the interest of judicial economy, it is **ORDERED** that the Plaintiff's Motion for Extension of Time is **GRANTED**.

2. The deadlines in this matter are **EXTENDED** as follows:

   i. Plaintiff is granted an extension of time until May 15, allowing it to file either (a) a response in opposition to the Motion to Dismiss or (b) a motion to remand.

   ii. If Plaintiff files a motion to remand the case, and the Court denies that motion, then Plaintiff's deadline for responding to the Motion to Dismiss shall be fourteen (14) days after the Court's issuance of an Order denying Plaintiff's motion to remand.

1

iii.    If Plaintiff chooses not to file a motion to remand, and instead chooses to respond substantively to the Motion to Dismiss, then Plaintiff's deadline for filing the response to the Motion to Dismiss shall be May 15, 2026.

It is **SO ORDERED**.

ENTERED: ___/___/_____

_____
The Honorable Robert E. Payne
United States District Judge

2