IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAPITUS SERVICING, INC.,

    Plaintiff,

v.                                  Civil Action No. 3:26cv315

MARQUE DENTAL LABORATORY,
LLC, <u>et al.</u>,

    Defendants.

## ORDER

Having considered the MOTION TO SUBSTITUTE COUNSEL (ECF No. 5), and with the consent of the plaintiff, Kapitus Servicing, Inc., it is hereby ORDERED the MOTION TO SUBSTITUTE COUNSEL (ECF No. 5) is granted. It is further ORDERED that the Clerk shall remove Nhon H. Nguyen, Esquire as counsel for the plaintiff and substitute Laura Maughan, Esquire and Andrew Biondi, Esquire, as counsel of record for the plaintiff.

It is so ORDERED.

                              /s/       REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 30, 2026