UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


KAPITUS SERVICING, INC.,

        Plaintiff,

v.                                        **Civil Action No. 3:26cv315**


MARQUE DENTAL
LABORATORY, LLC, and
MICHAEL LUKES,

        Defendants.

### ORDER

Having considered the PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF No. 6) seeking an extension of time to file its response to the MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW (ECF No. 3), and for good cause shown, it is hereby ORDERED that the PLAINTIFF'S MOTION FOR E XTENSION OF TIME (ECF No. 6) is granted. It is further ORDERED that the deadlines in this matter are extended as follows:

i.    Plaintiff is granted an extension of time until May 15, allowing it to file either (a) a response in opposition to the Motion to Dismiss or (b) a motion to remand.

ii.    If Plaintiff files a motion to remand the case, and the Court denies that motion, then Plaintiff's deadline for responding to the Motion to Dismiss shall be fourteen (14) days after the Court's issuance of an Order denying Plaintiff's motion to remand.

iii.    If Plaintiff chooses not to file a motion to remand, and instead chooses to respond substantively to the Motion to Dismiss, then Plaintiff's deadline for filing the response to the Motion to Dismiss shall be May 15, 2026.

It is so ORDERED.

/s/ _____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 30, 2026

2