**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

KAPITUS SERVICING, INC.,

     Plaintiff,                                 Case No. 3:26-cv-00315-REP

v.

MARQUE DENTAL LABORATORY, LLC
and MICHAEL LUKES,

     Defendants.

_____/

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE

Come now Marque Dental Laboratory, LLC, Michael Lukes (collectively, the "Defendants"), and Kapitus Servicing, Inc. (the "Plaintiff"), by and through respective undersigned counsel, pursuant to Local Rule 7(G), and move to continue the pretrial conference currently scheduled for August 19, 2026 at 2:00 pm and in support thereof state as follows:

1. On July 31, 2026, this Court entered an Order setting a pretrial conference on August 19, 2026 at 2:00 pm. Dkt. No. 11.

2. The Court's Order requires that, unless otherwise approved by the Court, "counsel who will actually try the case shall attend the pretrial conference." *Id*. at 2.

3. Anticipated trial counsel for both Defendants and the Plaintiff have pre-existing conflicts on August 19, 2026 that will preclude participation in the currently-scheduled hearing.

4. Specifically, Counsel for the Defendants has a summary judgment hearing in two matters pending in the United States Bankruptcy Court for the District of Columbia, at 1:00 pm that day. *See Webster v. Square Funding LLC*, Case No. 25-10054-ELG

1

(Bankr. D.D.C. 2025); *Webster v. CFG Merchant Solutions, LLC*, Case No. 25-10055-ELG (Bankr. D.D.C. 2025). That hearing has been on Counsel's calendar since July 7, 2026 and the summary judgment hearing has been specially set to accommodate what is expected to be a lengthy hearing as well as the schedules of the court and counsel.

5. Additionally, trial Counsel for the Plaintiff has longstanding personal travel plans that will place her outside the United States on August 19, 2026. These plans were made well before the pretrial conference Order was entered in this matter and reflect Counsel's prior commitments to her family members.

6. Counsel for the Plaintiff and the Defendants have worked—and continue to work—amicably. They look forward to appearing for a pretrial conference and do not seek a continuance merely for purposes of delay.

7. However, the parties jointly submit that the preexisting (and inflexible) nature of unrelated professional and personal commitments constitutes "good cause" pursuant to Local Rule 7(G), and the parties accordingly respectfully move for a continuance of the hearing to a date certain after August 26, 2026.

WHEREFORE, the Plaintiff and the Defendants respectfully pray this Honorable Court (i) continue the pretrial conference to a date certain after August 26, 2026; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: August 5, 2026                    By: /s/ Maurice VerStandig
                                             Maurice B. VerStandig, Esq.
                                             Virginia Bar No. 81556

2

The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Marque Dental Laboratory,*
*LLC and Michael Lukes*

*And*

_____/s/_____
Laura Maughan (VSB #87798)
Andrew Biondi (VSB #48100)
Sands Anderson, PC
919 E. Main Street, Suite 2300
(Zip 23219)
PO Box 1998
Richmond, VA  23218
(804) 648-1636 (Main)
(804) 783-7291 (fax)
lmaughan@sandsanderson.com
abiondi@sandsanderson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF users noted below::

Laura Maughan, Esq.
Andrew Biondi, Esq.
Sands Anderson, PC
919 E. Main Street, Suite 2300
PO Box 1998
Richmond, VA 23218
lmaughan@sandsanderson.com
abiondi@sandsanderson.com
*Counsel for the Plaintiff*

/s/ Maurice VerStandig
Maurice B. VerStandig

3