IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAPITUS SERVICING, INC.,

    Plaintiff,

v.                                      Civil Action No. 3:26cv315

MARQUE DENTAL LABORATORY,
LLC, et al.,

    Defendants.

## ORDER

Having considered the JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE ("Motion to Continue") (ECF No. 13), and for good cause shown, it is hereby ORDERED that the Motion to Continue (ECF No. 13) is granted.  It is further ORDERED that the Initial Pretrial Conference scheduled for 2:00 p.m. August 19, 2026 is rescheduled to 10:00 a.m. September 16, 2026.

It is so ORDERED.

                             /s/
                      Robert E. Payne
                      Senior United States District Judge

Richmond, Virginia
Date: August ___5___, 2026