**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-315** |
| | ) | |
| | ) | |
| **MARQUE DENTAL** | ) | |
| **LABORATORY, LLC, and** | ) | |
| **MICHAEL LUKES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSE TO DEFENDANTS' COUNTERCLAIM**

COMES NOW Plaintiff Kapitus Servicing, Inc. ("Kapitus" or "Plaintiff"), by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and with the consent of Defendants Marque Dental Laboratory, LLC ("Marque" or "Merchant") and Michael Lukes ("Mr. Lukes") (collectively, "Defendants"), and respectfully moves this Court for an Order extending the deadline for Plaintiff to respond to Defendants' Counterclaim (Dkt. No. 15) up to and including September 14, 2026. In support of this Motion, Plaintiff states as follows:

1. On August 10, 2026, Defendants filed their Answer, Affirmative Defenses, and Counterclaim (Dkt. No. 15).

2. Plaintiff's response to Defendants' Counterclaim is currently due on August 24, 2026.

3. Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff has twenty-one (21) days from service of the Counterclaim to file a responsive pleading.

4. Plaintiff's counsel is currently out of the country on a longstanding family trip until August 22, 2026 and requires additional time to prepare Plaintiff's response to the Counterclaim.

5. The parties have conferred regarding the requested extension, and Defendants, through counsel, consent to Plaintiff's request for an extension of time through and including September 14, 2026.

6. This Motion is filed before the expiration of the current deadline.

7. This Motion is made in good faith and not for purposes of delay or any other improper purpose.

For the reasons set forth above, Kapitus respectfully requests entry of an Order extending the time for filing its response to Defendants Marque Dental Laboratory, LLC and Michael Lukes' Counterclaim (Dkt. No. 15) through and including

Dated:  August 11, 2026                    Respectfully submitted,

**KAPITUS SERVICING, INC.**

 *By Counsel*

_____/s/_____
Laura Maughan (VSB #87798)
Andrew Biondi (VSB #48100)
Sands Anderson, PC
919 E. Main Street, Suite 2300 (Zip 23219)
PO Box 1998
Richmond, VA  23218
(804) 648-1636 (Main)
(804) 783-7291 (fax)
lmaughan@sandsanderson.com
abiondi@sandsanderson.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of August 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF users noted below:

Maurice B. VerStandig, Esq.
Virginia Bar No. 81556
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Marque Dental*
*Laboratory, LLC and Michael Lukes*

/s/
Laura Maughan (VSB #87798)
Sands Anderson PC
