**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-315** |
| | ) | |
| | ) | |
| **MARQUE DENTAL** | ) | |
| **LABORATORY, LLC, and** | ) | |
| **MICHAEL LUKES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' COUNTERCLAIM

This matter is before the Court on the Motion of the Plaintiff, Kapitus Servicing, Inc. ("Kapitus"), which is seeking an extension of time to file its response to the Defendants Marque Dental Laboratory, LLC and Michael Lukes's Counterclaim (Dkt No. 15):

1. For the reasons stated in Plaintiff's Motion, for good cause shown, and in the interest of judicial economy, it is **ORDERED** that the Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Counterclaim is **GRANTED**.

2. The deadlines in this matter are **EXTENDED** as follows:

    i. Plaintiff is granted an extension of time until September 14, 2026, allowing it to file its response to Defendants' Counterclaim (Dkt. No. 15).

It is **SO ORDERED**.


ENTERED: ___/___/_____        _____
                                The Honorable Robert E. Payne
                                United States District Judge

1