**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KAPITUS SERVICING, INC.,

Plaintiff,

v. Civil Action No. 3:26cv315

MARQUE DENTAL LABORATORY,
LLC, et al.,

Defendants.

**ORDER**

Having considered the PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' COUNTERCLAIM ("Motion for Extension") (ECF No. 16), and there being no objection by the defendants thereto, it is hereby ORDERED that the Motion for Extension (ECF No. 16) is granted. It is further ORDERED that the plaintiff shall file, by 5:00 p.m. September 14, 2026, its Answer to the defendant's ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM (ECF No. 15).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 19, 2026