**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-315** |
| | ) | |
| | ) | |
| **MARQUE DENTAL LABORATORY, LLC, and MICHAEL LUKES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO DISMISS COUNTERCLAIM**

Plaintiff and Counterclaim Defendant, Kapitus Servicing, Inc. ("Kapitus"), by and through undersigned counsel, respectfully submits this Motion to Dismiss the Counterclaim filed by Defendants and Counterclaim Plaintiffs Marque Dental Laboratory, LLC ("Marque") and Michael Lukes ("Mr. Lukes") (collectively, "Marque"). A Memorandum in Support of this Motion is filed contemporaneously herewith, and Kapitus respectfully requests that this Honorable Court grant the Motion for the reasons outlined in that Memorandum.

Respectfully submitted,

**KAPITUS SERVICING, INC.**

*By Counsel*

/s/

Laura Maughan (VSB #87798)
Andrew Biondi (VSB #48100)
Sands Anderson, PC
919 E. Main Street, Suite 2300 (Zip 23219)
PO Box 1998

Richmond, VA 23218
(804) 648-1636 (Main)
lmaughan@sandsanderson.com
abiondi@sandsanderson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF users noted below:

Maurice B. VerStandig, Esq.
Virginia Bar No. 81556
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Marque Dental Laboratory, LLC and Michael Lukes*

/s/
Laura Maughan (VSB #87798)
Sands Anderson PC