**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KAPITUS SERVICING, INC.

Plaintiff,

v. Case No. 3:26-cv-315

MARQUE DENTAL LABORATORY, LLC et al

Defendants.

**O R D E R**

For the reasons set forth at the initial pretrial conference held on September 16, 2026, it is hereby ORDERED that the initial pretrial conference is continued to 1:30 PM on October 21, 2026. Counsel is directed to appear in the Chambers of Senior District Judge Robert E. Payne, Seventh Floor, United States Federal Courthouse, 701 E. Broad Street, Richmond, Virginia on this date and time.

Issued at the direction of the Court.

By: /s/
Nikki Brown
Deputy Clerk

Richmond, Virginia
Date: September 16, 2026