**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KAPITUS SERVICING, INC.,

Plaintiff,

v. Civil Action No. 3:26cv315

MARQUE DENTAL LABORATORY, LLC, et al.,

Defendants.

**ORDER**

It is hereby ORDERED that the settlement conference and proceedings are referred to United States Magistrate Judge Mark R. Colombell. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Colombell within five (5) days of the date of this Order to schedule the conference to occur at such time as Magistrate Judge Colombell shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Colombell.

It is further ORDERED that the parties shall resume the Initial Pretrial Conference on October 21, 2026, at 1:00 PM.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 16, 2026