**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KAPITUS SERVICING, INC.,

Plaintiff,

v. Civil Action No. 3:26cv315

MARQUE DENTAL LABORATORY,
LLC, et al.,

Defendants.

**ORDER**

It is hereby ORDERED that ECF No. 22 is AMENDED, and the initial pretrial conference is continued to 1:30 P.M. on October 21, 2026.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 22, 2026