# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): ________________________________

________________________________

________________________________

Electronic Device(s): ________________________________

________________________________

________________________________

Purpose and Location
Of Use: ________________________________

Case No.: ________________________________

Date(s) Authorized: ________________________________

IT Clearance Waived: _______(Yes) _______(No)

APPROVED BY:

Date:____________________ ________________________________________
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: ________________________________ ___________
IT Staff Member Date(s)

**IT clearance must be completed, unless waived, before court appearance.**