**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:26-cv-315** |
| | ) | |
| | ) | |
| **MARQUE DENTAL LABORATORY, LLC, and MICHAEL LUKES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF WAIVER OF HEARING**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 78(b) and Local Rule 7(E), the Plaintiff and Counterclaim Defendant, Kapitus Servicing, Inc. ("Kapitus"), by counsel, hereby waives its right to an oral hearing on Plaintiff and Counterclaim Defendant Kapitus Servicing, Inc. Motion to Dismiss Counterclaim (ECF 19), filed circulated via CM/ECF on September 14, 2026, and asks that the matter be resolved on the pleadings, unless the Court deems otherwise. The parties (by their respective counsel) have conferred regarding this waiver and are in agreement concerning the waiver expressed herein.

Respectfully submitted,

**KAPITUS SERVICING, INC.**

*By Counsel*

/s/ Laura Maughan
Laura Maughan (VSB #87798)
Andrew Biondi (VSB #48100)

Sands Anderson, PC
919 E. Main Street, Suite 2300 (Zip 23219)
PO Box 1998
Richmond, VA 23218
(804) 648-1636 (Main)
lmaughan@sandsanderson.com
abiondi@sandsanderson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th of September 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF users noted below:

Maurice B. VerStandig, Esq.
Virginia Bar No. 81556
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Marque Dental*
*Laboratory, LLC and Michael Lukes*

/s/ Laura Maughan
Laura Maughan (VSB # 87798)
Sands Anderson PC