**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KAPITUS SERVICING, INC.

Plaintiff,

v. Case No. 3:26-cv-315

MARQUE DENTAL LABORATORY, LLC et al

Defendants.

**O R D E R**

Due to a conflict in the Court's docket, the initial pretrial conference set in this case for October 21, 2026, at 1:30 p.m., is rescheduled to October 28, 2026, at 1:30 p.m. Counsel is directed to appear in the Chambers of Senior District Judge Robert E. Payne, Seventh Floor, United States Federal Courthouse, 701 E. Broad Street, Richmond, Virginia on this date and time.

Issued at the direction of the Court.

By: /s/
Nikki Brown
Deputy Clerk

Richmond, Virginia
Date: October 6, 2026