**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KAPITUS SERVICING, INC.,

Plaintiff,

v. Civil Action No. 3:26cv315

MARQUE DENTAL LABORATORY,
LLC, et al.,

Defendants.

**ORDER**

It is hereby ORDERED that PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF No. 27) is DENIED as moot because Plaintiff's REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS COUNTERCLAIM (ECF No. 28) was timely filed.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 20, 2026