**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KAPITUS SERVICING, INC.,

Plaintiff,

v. Civil Action No. 3:26cv315

MARQUE DENTAL LABORATORY,
LLC, et al.,

Defendants.

**ORDER**

Having reviewed the MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW (ECF No. 3) and the MOTION TO DISMISS COUNTERCLAIM (ECF No. 19) and having consulted with counsel at the pretrial conference on October 21, 2026, it is hereby ORDERED that:

(1) Plaintiff shall file an Amended Complaint by December 1, 2026; and

(2) Defendants shall file an Answer and any other motions with respect to the Amended Complaint by December 15, 2026; and

(3) The MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW (ECF No. 3) is DENIED as moot; and

(4) The MOTION TO DISMISS COUNTERCLAIM (ECF No. 19) is DENIED as moot.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 23, 2026